JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA HUBBARD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:21-cv-04472-RGK-KS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 26, 2021<br>Trial Date:　　　None Set<br>District Judge:　Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Karen L. Stevenson |

1 | Pursuant to the stipulation of the parties and for good cause shown, this case is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 20, 2021

*Gary Klausner*

The Honorable R. Gary Klausner
United States District Judge